# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

CHRISTOPHER JAYSON KISTLER

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: DNCW505CR000217-001 &
                 DNCW511CR000038-001
USM Number: 20437-058

Erin Taylor
Defendant's Attorney

**THE DEFENDANT:**

X     admitted guilt to violation of condition(s) 2, 3, 4 & 5 of the term of supervision.
         Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | Drug/alcohol use | 8/4/11 |
| 3 | Failure to submit monthly supervision reports | July 2011 |
| 4 | Failure to maintain lawful employment | 8/5/11 |
| 5 | Home detention violation | 8/5/11 |

     The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

X     Government dismisses violation number 1.

     **IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: October 4, 2011

Signed: October 19, 2011

Richard L. Voorhees
United States District Judge

Defendant: CHRISTOPHER JAYSON KISTLER  Judgment-Page 2 of 2
Case Number: DNCW505CR000217-001
   DNCW511CR000038-001

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SEVEN (7) MONTHS ON EACH CASE TO BE SERVED CONCURRENTLY.

**SIX (6) MONTHS RESIDUAL SUPERVISED RELEASE TO FOLLOW TERM OF IMPRISONMENT**.

___  The Court makes the following recommendations to the Bureau of Prisons:

_X_  The Defendant is remanded to the custody of the United States Marshal.

___  The Defendant shall surrender to the United States Marshal for this District:

   ___  As notified by the United States Marshal.

   ___  At___a.m. / p.m. on ___.

___  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ___  As notified by the United States Marshal.

   ___  Before 2 p.m. on ___.

   ___  As notified by the Probation Office.

**RETURN**

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
    Deputy Marshal